```
             UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                    TAMPA DIVISION
```

ROPER TECHNOLOGIES, INC.,

    Plaintiff,

v.                                  Case No.: 8:17-cv-1522-T-33MAP

ANTHONY LYSENKO,

    Defendant.

_____/

### ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Mediation (Doc. # 27), filed on December 18, 2017, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator**:   Peter J. Grilli.

    **Address**:          3001 West Azeele St.

    **Telephone**:       (813) 874-1002

By agreement of the parties, the mediation conference is scheduled for **July 9, 2018, at 10:00 a.m.** at the location listed above.

The parties are directed to mediate in good faith and to fully and faithfully explore every settlement opportunity.

Furthermore, the Court directs that all counsel, parties, corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. See Local Rule 9.05(c).

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of December, 2017.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE