UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROPER TECHNOLOGIES, INC.,

    Plaintiff,

v.                                      CASE NO. 8:17-cv-1522-T-33MAP

ANTHONY LYSENKO,

    Defendant.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Roper Technologies, Inc. ("Roper") by and through undersigned counsel, hereby submits this Notice of Voluntary Dismissal Without Prejudice, and dismisses its claim against Defendant Anthony Lysenko without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Roper files this Voluntary Dismissal because the alleged unauthorized attempts to access its computer systems have now ceased after this lawsuit was filed. Roper reserves its right to re-file a claim against Lysenko should the alleged unauthorized attempts to access its computer systems restart in the future.

Dated:  February 20, 2018    Respectfully Submitted,

By: */s/ Emily Y. Rottmann*
Sara F. Holladay-Tobias
Florida Bar No. 0026225
Emily Y. Rottmann
Florida Bar No. 0093154
McGuireWoods LLP
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
Telephone:  (904) 798-3200
Facsimile:  (904) 798-3207
stobias@mcguirewoods.com
erottmann@mcguirewoods.com
flservice@mcguirewoods.com
clambert@mcguirewoods.com

*Attorneys and Trial Counsel for Roper Technologies, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2018, a true copy of the foregoing was filed with the Court using the CM/ECF system, which will send notice to the following:

Susan Tillotson Bunch, Esq.
Thomas & LoCicero, PL
601 South Blvd
Tampa, FL 33606-2629
Email: sbunch@tlolawfirm.com

*Attorney and Trial Counsel for Anthony Lysenko*

*/s/ Emily Y. Rottmann*
Attorney

2